NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000032
13-DEC-2011
07:43 AM

NO. CAAP-10-0000032

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JACQUELINE TAMMAN, Plaintiff-Appellee, v.
SAMI TAMMAN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 07-1-1120)

ORDER DENYING DEFENDANT-APPELLANT'S MOTION FOR
RECONSIDERATION OF SUMMARY DISPOSITION ORDER
(By: Foley, Presiding J., Leonard and Ginoza, JJ.)

Upon consideration of Defendant-Appellant's December 8, 2011, Motion for Reconsideration[1] of the Intermediate Court of Appeals' Summary Disposition Order filed on November 29, 2011, the papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, December 13, 2011.

Samuel P. King, Jr.,
on the motion for
Defendant-Appellant.

Presiding Judge

Associate Judge

Associate Judge

---

[1] Counsel is cautioned that Hawai'i Rules of Appellate Procedure Rule 32(a) requires a 3 inch top margin on the first page of all pleadings.